UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLAUDE L. MASON (#900018207)

VERSUS

EAST BATON ROUGE PARISH
PRISON SHERIFF OFFICE, ET AL.

CIVIL ACTION

16-205-SDD-EWD

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 7, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion for Summary Judgment*[4] is denied and the *Motion for Summary Judgment*[5] of Defendants, Sid J. Gautreaux, III and Dennis Grimes is granted, dismissing Plaintiff's claims asserted against Defendants, without prejudice, for failure of Plaintiff to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e(a), and this action is dismissed.

Baton Rouge, Louisiana the 22 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 39.
[3] Rec. Doc. 40.
[4] Rec. Doc. 24.
[5] Rec. Doc. 31.